UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

KRISTOPHER JOLLY, et al.,

    Plaintiffs,

v.                                                Case No. 3:20-cv-1150-MMH-MCR

HOEGH AUTOLINERS SHIPPING
AS, et al.,

    Defendants.
_____/

**ORDER**

**THIS CAUSE** is before the Court on Defendants' Unopposed Motion for Modification of the Court's Current Scheduling Order (Dkt. No. 98; Motion) filed on January 19, 2023. In the Motion, Defendants seek an extension of the expert disclosure and motions deadlines in this matter. See Motion at 2-3. Counsel for Defendants represent to the Court that counsel for Plaintiffs do not oppose the relief requested in the Motion. See id. at 2. Upon review, the Court finds that Defendants have shown good cause for an extension of time. The Court notes that it is not the intent of the parties to delay the trial, which is currently set on the November 2023 trial term. However, in order to allow sufficient opportunity for the Court to rule on any dispositive and Daubert

motions that may be filed, the undersigned finds it necessary to continue the final pretrial conference and trial as well. Accordingly, it is

**ORDERED:**

1. Defendants' Unopposed Motion for Modification of the Court's Current Scheduling Order (Dkt. No. 98) is **GRANTED**.

2. The case management deadlines are extended as follows:

| | |
|---|---|
| Deadline for disclosing expert reports | |
| Plaintiffs' Damage Experts: | FEBRUARY 13, 2023 |
| Plaintiffs' Rebuttal Experts: | MAY 1, 2023 |
| Defendants' Liability Experts: | FEBRUARY 14, 2023 |
| Defendants' Damage Experts: | MARCH 31, 2023 |
| Deadline for completing discovery and filing motions to compel | MAY 1, 2023 |
| Dispositive and Daubert Motions | JUNE 15, 2023 |
| All Other Motions Including Motions In Limine | OCTOBER 30, 2023 |
| Joint Final Pretrial Statement | NOVEMBER 13, 2023 |
| Final Pretrial Conference | NOVEMBER 20, 2023 |
| Time: | 10:00 A.M. |
| Judge: | Marcia Morales Howard |
| Trial Term Begins | DECEMBER 4, 2023 |
| [Trials Before Magistrate Judges Begin on Date Certain] | 9:00 A.M. |
| Estimated Length of Trial | 21 DAYS |
| Jury/Non-Jury | JURY |

3. Because proposed orders are not permitted without leave, see Local Rule 3.01(f), United States District Court, Middle District of Florida, the Proposed Order (Dkt. No. 98-1) attached to the Motion is **STRICKEN**.

**DONE AND ORDERED** in Jacksonville, Florida this 20th day of January, 2023.

MARCIA MORALES HOWARD
United States District Judge

ja

Copies to:

Counsel of Record