UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

KRISTOPHER JOLLY, *et. al.*,

    Plaintiffs,

v.                                CASE NO. 3:20-cv-1150-MMH-MCR

HOEGH AUTOLINERS SHIPPING
AS, *et. al.*,

    Defendants.
_____/

## **ORDER**

**THIS CAUSE** is before the Court on Defendants Hoegh Autoliners Shipping AS and Hoegh Autoliners Management AS's Motion for Extension of Time to Disclose its Liability Expert ("Motion") (Doc. 102), which requests a 30-day extension of the deadline to disclose their liability expert. For the reasons stated herein, the Motion is due to be **GRANTED**.

As an initial matter, the Court addresses the lack of opposition by Plaintiffs. Defendants explain that as of the date of filing the present Motion, Plaintiffs' counsel had not responded to attempts to confer, and that in previous conversations, counsel for Plaintiffs could not confirm whether it would oppose the requested extension. (*Id*. at 2-3.) To date, Plaintiffs have not responded to the present Motion, and the time to do so has expired. Nevertheless, the Court finds that there is sufficient information to render a

ruling without a response from Plaintiffs.

The Motion explains that on January 19, 2023, Defendants' liability expert, Dr. Krause, informed counsel for Defendants that an unanticipated family emergency prevented him from working as a retained expert and completing the report by the February 14, 2023 deadline. (*See* Docs. 102 at 2 & 102-1.) As such, the Motion requests that the deadline to disclose their newly-retained liability expert's report be extended to March 17, 2023. (*Id.*)

Rule 16(b)(4) of the Federal Rules of Civil Procedure provides that "[a] schedule may be modified only for good cause and with the judge's consent." Fed.R.Civ.P. 16(b)(4). Upon consideration of Defendants' representations, the Court finds good cause for extending the deadline for Defendants to disclose their liability expert report.

Accordingly, it is **ORDERED**:

1. The Motion (**Doc. 102**) is **GRANTED**.

2. The Case Management and Scheduling Order (**Doc. 99**) is amended only to the extent that the deadline for Defendants to disclose their liability expert report shall be extended to **March 17, 2023**.

3. All other deadlines and terms set forth in the Case Management and Scheduling Order shall remain intact.

**DONE AND ORDERED** at Jacksonville, Florida on March 1, 2023.

MONTE C. RICHARDSON
UNITED STATES MAGISTRATE JUDGE

Copies to:

Counsel of Record