UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO.: 3:20-cv-1150-JAR-MCR

KRISTOPHER JOLLY and CHERYL JOLLY, his wife; JEREMY LEE and AMY LEE, his wife; MATTHEW CIPRIANI; SHAWN O'SHELL and MALISSA O'SHELL, his wife; PAUL MASCI and ANGELA MASCI his wife; NICHOLAS GETTLER; CHARLES DRYSDALE; LANDON SIMMONS and SARAH SIMMONS, his wife, SAMUEL L. BANKS, and AMANDA BANKS, his wife, WILLIAM REED and HOLLY REED, his wife; And WESLEY MILLER and SHANNON MILLER, his wife,

                Plaintiffs,

vs.

HOEGH AUTOLINERS SHIPPING AS; HOEGH AUTOLINERS MANAGEMENT AS; HOEGH AUTOLINERS INC.; HORIZON TERMINAL SERVICES, LLC; GRIMALDI DEEPSEA S.P.A., and SSA ATLANTIC, LLC,

                Defendants.

_____/

**DEFENDANT HORIZON TERMINAL SERVICES, LLC'S**
**<u>NOTICE OF SETTLEMENT</u>**

Defendant, HORIZON TERMINAL SERVICES, LLC ("Horizon") pursuant to L.R. 3.09(a), hereby advises this Court the plaintiffs and Horizon (the "Parties") reached a settlement of all claims between them. The Parties will file a Joint Stipulation for Final Order of Dismissal with Prejudice of this case once all settlement documents are duly executed and received.

*[Signature Block on the Following Page]*

Dated: **March 4, 2024**

Respectfully submitted,

 */s/ Jaimie M. Carlson*
**JULES V. MASSEE**
Florida Bar Number: 41554
jmassee@hamiltonmillerlaw.com
**JAIMIE M. CARLSON**
Florida Bar Number: 1026199
Jcarlson@hamiltonmillerlaw.com
100 S. Ashley Drive, Suite 1210
Tampa, Florida 33602
**SERVICE E-MAIL**:
JVMserve@hamiltonmillerlaw.com
Tel: 813-223-1900 / Fax: 813-223-1933
*Counsel for Defendant Horizon Terminal Services, LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on **March 4, 2024**, the foregoing document is being filed with this Court and served on all counsel of record or *pro se* parties identified on the Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

 */s/ Jaimie M. Carlson*
Attorney

# SERVICE LIST
## CASE NO.: 3:20-cv-01150

**BENJAMIN E. RICHARD**
Florida Bar No. 13896
Ben@pajcic.com
**CURRY GARY PAJCIC**
Florida Bar No.21301
Curry@pajcic.com
**THOMAS F. SLATER**
Florida Bar No.614114
tom@pajcic.com
PAJCIC & PAJCIC, PA
One Independent Drive, Suite 1990
Jacksonville, FL 32202
Rose@pajcic.com
T: 904-358-8881
Hoegh@pajcic.com
*Counsel for Plaintiffs*

**ERIC C. THIEL**
Florida Bar No.: 016267
ethiel@bankerlopez.com
**DAVID F. POPE**
Florida Bar No. 164452
dpope@bankerlopez.com
BANKER LOPEZ GASSLER, P.A.
501 East Kennedy Blvd, Suite 1700
Tampa, Florida 33602
T: (813) 221-1500 / F: (813) 222-3066
service-ethiel@bankerlopez.com
*Counsel for Defendant Grimaldi Deep Sea S.P.A.*

**DENNIS B. KEENE**
Florida Bar No. 982598
dkeene@bouhan.com
**TODD M. BAIAD** – *pro hac vice*
Georgia State Bar No. 031605
tmbaiad@bouhan.com
**LUCAS D. BRADLEY** – *pro hac vice*
Georgia State Bar No. 672136
ldbradley@bouhan.com
Post Office Box 2139
Savannah, Georgia 31402-2139
T: (912) 232-7000 / F: (912) 233-0811
*Counsel for Defendant SSA Atlantic, LLC*

**JAMES F. MOSELY, JR.**
Florida Bar No. 699926
jmoseleyjr@mppkj.com
**SHEA M. MOSER**
Florida Bar No. 0029265
smoser@mppkj.com
MOSELEY PRICHARD PARRISH KNIGHT & JONES
501 W. Bay Street
Jacksonville, FL 32202
T: (904) 356-1306 / F: (904) 354-0194
*Counsel for Defendants Hoegh Shipping & Hoegh Management*