IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRIC OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| KRISTOPHER JOLLY and CHERYL JOLLY, his wife; JEREMY LEE and AMY LEE, his wife; MATTHEW CIPRIANI; SHAWN O'SHELL and MALISSA O'SHELL, his wife; PAUL MASCI and ANGELA MASCI, his wife; NICHOLAS GETTLER; LANDON SIMMONS and SARAH SIMMONS, his wife SAMUEL L. BANKS, and AMANDA BANKS, his wife WILLIAMS REED and HOLLY REED, his wife; and WESLEY MILLER and SHANNON MILLER, his wife, | |
| Plaintiffs, | CIVIL ACTION NO: 3:20-cv-01150-MMH-PDB |
| v. | |
| HOEGH AUTOLINERS SHIPPING AS; HOEGH AUTOLINERS MANAGEMENT AS; HOEGH AUTOLINERS INC; HORIZON TERMINAL SERVICES, LLC; GRIMALDI DEEP SEA S.P.A., and SSA ATLANTIC, LLC, | |
| Defendants. | |

**DEFENDANT SSA ATLANTIC, LLC'S NOTICE OF SETTLEMENT**

Defendant, SSA ATLANTIC, LLC ("SSA Atlantic") pursuant to L.R. 3.09(a), hereby advises this Court that the Plaintiffs and SSA Atlantic, LC (the "Parties") reached a settlement of all claims between them. The Parties will file a Joint Stipulation for Final Order of Dismissal with Prejudice of this case once all settlement documents are duly executed and received.

Dated: March 6, 2024.

1

| One West Park Avenue (31401) | BOUHAN FALLIGANT, LLP |
| P.O. Box 2139 | |
| Savannah, GA 31402-2139 | /s/ *Todd M. Baiad* |
| Telephone: (912) 232-7000 | TODD M. BAIAD |
| Facsimile: (912) 233-0811 | Georgia Bar No: 031605 |
| tmbaiad@bouhan.com | LUCAS D. BRADLEY |
| ldbradley@bouhan.com | Georgia Bar No: 672136 |
| | *Attorneys for SSA Atlantic, LLC* |

## CERTIFICATE OF SERVICE

I hereby certify that on the this 6th day of March, 2024, the foregoing document is being served on all counsel of record identified on the Court's CM/ECF server for this action via the Court's Notification of Electronic Filing system.

| One West Park Avenue (31401) | BOUHAN FALLIGANT, LLP |
| P.O. Box 2139 | /s/ *Todd M. Baiad* |
| Savannah, GA 31402-2139 | TODD M. BAIAD |
| Telephone: (912) 232-7000 | Georgia Bar No: 031605 |
| Facsimile: (912) 233-0811 | LUCAS D. BRADLEY |
| tmbaiad@bouhan.com | Georgia Bar No: 672136 |
| ldbradley@bouhan.com | *Attorneys for SSA Atlantic, LLC* |

# SERVICE LIST
## CASE NO.: 3:20-CV-01150

| | |
|---|---|
| BENJAMIN E. RICHARD<br>Florida Bar No. 13896<br>Ben@pajcic.com<br>CURRY GARY PAJCIC<br>Florida Bar No. 21301<br>Curry@pajcic.com<br>THOMAS F. SLATER<br>Florida Bar No. 614114<br>tom@pajcic.com<br>PAJCIC@PAJCIC, PA<br>One Independent Drive, Suite 1990<br>Jacksonville, FL 32202<br>Rose@pajcic.com<br>T: 904-358-8881<br>Hoegh@pajcic.com<br>*Counsel for Plaintiffs* | ERIC C. THEIL<br>Florida Bar o.: 016267<br>ethiel@bankerlopez.com<br>DAVID F. POPE<br>dpope@bankerlopez.com<br>BANKER LOPEZ GASSLER, P.A.<br>501 East Kennedy Blvd, Suite 1700<br>Tampa, Florida 33602<br>T: (813) 221-1500<br>F: (813) 222-3066<br>Service-ethiel@bankerlopez.com<br>*Counsel for Defendant Grimaldi Deep Sea S.P.A.* |
| JAMES F. MOSELEY, JR.<br>Florida Bar No. 699926<br>jmoseleyjr@mppkj.com<br>SHEA M. MOSER<br>smoser@mppkj.com<br>MOSELEY PRICHARD PARRISH KNIGHT & JONES<br>501 W. Bay Street<br>Jacksonville, FL 32202<br>T: (904) 356-1306<br>F: (904) 354-0194<br>*Counsel for Defendants Hoegh Shipping & Hoegh Management* | JULES V. MASSEE<br>Florida Bar Number: 41554<br>jmassee@hamiltonmillerlaw.com<br>HAIMIE M. CARLSON<br>Florida Bar Number: 1026199<br>Jcarlson@hamiltonmillerlaw.com<br>100 S. Ashley Drive, Suite 1210<br>Tampa, Florida 33602<br>SERVICE E-MAIL:<br>JVMserve@hamiltonmillerlaw.com<br>T: (813) 223-1900<br>F: (813) 223-1933<br>*Counsel for Defendant Horizon Terminal Services, LLC* |