IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

KRISTOPHER JOLLY and CHERYL JOLLY, his wife; JEREMY LEE and AMY LEE, his wife; MATTHEW CIPRIANI; SHAWN O'SHELL and MALISSA O'SHELL, his wife; PAUL MASCI and ANGELA MASCI, his wife; NICHOLAS GETTLER; CHARLES DRYSDALE; LANDON SIMMONS and SARAH SIMMONS, his wife; SAMUEL L. BANKS and AMANDA BANKS, his wife; WILLIAM REED and HOLLY REED, his wife; and WESLEY MILLER and SHANNON MILLER, his wife;

    Plaintiffs,

vs.                                                                                          Case No.: 3:20-cv-1150-MMH-MCR

HOEGH AUTOLINERS SHIPPING AS; HOEGH AUTOLINERS MANAGEMENT AS; HOEGH AUTOLINERS, INC.; HORIZON TERMINAL SERVICES, LLC; GRIMALDI DEEP SEA S.P.A.; and SSA ATLANTIC, INC.,

    Defendants.
_____/

**DEFENDANT GRIMALDI DEEP SEA S.P.A.'S**
**<u>NOTICE OF SETTLEMENT</u>**

    Defendant, Grimaldi Deep Sea S.p.A. ("Grimaldi"), pursuant to Local Rule 3.09(a), hereby advises this Court that the Plaintiffs and Grimaldi Deep Sea S.p.A.

(the "Parties"), reached a settlement of all claims between them. The Parties will file a Joint Stipulation for Final Order of Dismissal with Prejudice of this case once all settlement documents are duly executed and received.

Dated: June 3, 2024.

        Respectfully submitted,

/s/ Eric C. Thiel

Eric C. Thiel – FBN 016267
David F. Pope – FBN 164452
BANKER LOPEZ GASSLER P.A.
501 E. Kennedy Blvd., Suite 1700
Tampa, FL 33602
Telephone: (813) 221-1500
Facsimile: (813) 222-3066
Service-ethiel@bankerlopez.com
Service-dpope@bankerlopez.com
*Attorneys for Defendant Grimaldi Deep Sea S.p.A*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 3, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

Eric C. Thiel – FBN 016267
David F. Pope – FBN 164452
BANKER LOPEZ GASSLER P.A.
501 E. Kennedy Blvd., Suite 1700
Tampa, FL 33602
Telephone:  (813) 221-1500
Facsimile:    (813) 222-3066
Service-ethiel@bankerlopez.com
Service-dpope@bankerlopez.com
*Attorneys for Defendant Grimaldi Deep Sea S.p.A*