# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

KRISTOPHER JOLLY, et al.,

Plaintiffs,

vs.   CASE NO.: 3:20:cv-1150-MMH-MCR

HOEGH AUTOLINERS SHIPPING AS; et al.

Defendants.

## PLAINTIFFS' UNOPPOSED MOTION TO AMEND CASE CAPTION

The Plaintiffs in this case respectfully request that this Court enter an order amending the caption of this case to reflect the current parties. More specifically, in light of the dismissals with prejudice of Horizon Terminal Services, LLC; Grimaldi Deep Sea S.P.A.; SSA Atlantic, LLC; and Hoegh Autoliners, Inc., Plaintiffs request that the case caption reflect only the remaining Defendants, Hoegh Autoliners Shipping AS and Hoegh Autoliners Management AS.

## LOCAL RULE 3.01(g) CERTIFICATION

Plaintiffs' counsel, Tom Slater, certifies that he has conferred with counsel for the opposing parties, and is authorized to represent that Defendants Hoegh Autoliners Shipping AS and Hoegh Autoliners Management AS have no objection to the relief requested herein.


Respectfully submitted,

**PAJCIC & PAJCIC, P.A.**

*/s/ Thomas F. Slater*
_____
**CURRY GARY PAJCIC, Esq.**
Florida Bar No.: 21301
**THOMAS F. SLATER, Esq.**
Florida Bar No.: 614114
**BENJAMIN E. RICHARD, Esq.**
Florida Bar No.: 13896
One Independent Drive, Ste. 1900
Jacksonville, FL 32202
Telephone:  (904) 358-8881
Telefax:       (904) 354-1180
Curry@pajcic.com; Tom@pajcic.com;
Ben@pajcic.com
Secondary email: Rose@pajcic.com;
MHill@pajcic.com
*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 31, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of filing to all counsel of record.

**PAJCIC & PAJCIC, P.A.**

*/s/ Thomas F. Slater*
_____
**CURRY GARY PAJCIC, Esq.**
Florida Bar No.: 21301

**THOMAS F. SLATER, Esq.**
Florida Bar No.: 614114
**BENJAMIN E. RICHARD, Esq.**
Florida Bar No.: 13896
One Independent Drive, Ste. 1900
Jacksonville, FL 32202
Telephone:  (904) 358-8881
Telefax:     (904) 354-1180
Curry@pajcic.com; Tom@pajcic.com;
Ben@pajcic.com
Secondary email: Rose@pajcic.com;
MichelleH@pajcic.com
*Attorneys for Plaintiffs*