UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

KRISTOPHER JOLLY, et al.,

    Plaintiffs,

v.                                       Case No. 3:20-cv-1150-MMH-MCR

HOEGH AUTOLINERS SHIPPING
AS and HOEGH AUTOLINERS
MANAGEMENT AS,

    Defendants.
_____/

## O R D E R

**THIS CAUSE** is before the Court <u>sua sponte</u>. The undersigned has been advised that the parties have reached a settlement in this matter. Accordingly, it is hereby

**ORDERED:**

1. The parties shall have until **October 2, 2024**, to file a joint stipulation of dismissal or other appropriate documents to close out this file.

2. If the parties have not filed settlement pleadings or a request for additional time by the **October 2, 2024**, deadline, this case will automatically be deemed to be dismissed without prejudice.

3. The jury selection and trial set to commence on Monday, August 5, 2024, is cancelled.

4. The Clerk of the Court is directed to terminate all pending motions and administratively close this case pending further Order of the Court.

**DONE AND ORDERED** in Jacksonville, Florida this 2nd day of August, 2024.

MARCIA MORALES HOWARD
United States District Judge

ja

Copies to:

Counsel of Record